Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| | |
|---|---|
| **SINCOL USA, INC.**<br><br>                              Plaintiff,<br><br>           v.<br><br>**UNITED STATES,**<br><br>                              Defendant. | **S U M M O N S**<br><br>Court No. 22-00153 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

                                                       /s/ Mario Toscano
                                                       Clerk of the Court

**PROTEST**

| Port(s) of Entry:   Charlotte, NC (1512) | Center (if known):<br>Pharmaceuticals, Health & Chemicals Center |
|---|---|
| Protest Number:   1512-22-100805 | Date Protest Filed:<br>January 25, 2022 |
| Importer:   Sincol USA, Inc. | Date Protest Denied:  March 8, 2022 |
| Category of Merchandise: Coloring Matters and Pigments | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| EAE-0218210-1 | 10/5/2020 | 7/30/2021 | EAE-0225079-1 | 10/13/2020 | 7/30/2021 |

Wm. Randolph Rucker
Faegre Drinker Biddle & Reath LLP
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
Randy.rucker@faegredrinker.com
(312) 569-1157

Form 1-2

**CONTESTED ADMINISTRATIVE DECISION**

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| | Classification, Rate or Amount | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Pigments | Primary HTSUS<br>3204.17.9055<br>3204.17.9086<br>3212.90.0050 | 6.5%<br>6.5%<br>3.1% | Primary HTSUS<br>3204.17.9055<br>3204.17.9055<br>3212.90.0050 | Free<br>Free<br>Free |
| | Secondary HTSUS<br>N/A | | Secondary HTSUS<br>N/A | |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: Liquidation without preferential tariff treatment under the African Growth and Opportunity Act ("AGOA").

The issue which was common to all such denied protests: Qualification for preferential tariff treatment under AGOA due to South African-origin.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Wm. Randolph Rucker
*Signature of Plaintiff's Attorney*

May 16, 2022